UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   ERIC LANGLOIS,
D-2   JUSTIN JAMES SHARP,

    Defendants.
_____/

Case: 2:10-cr-20312
Assigned To : Steeh, George Caram
Referral Judge: Komives, Paul J
Assign. Date : 6/1/2010 AT 2:33PM
Description: INFO ERIC LANGLOIS
(2 DFTS) (SS)

VIO:   21 U.S.C. §§ 846 and 841(a)(1)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess With
Intent to Distribute and to Distribute MDMA, a Schedule I Controlled Substance)

D-1   ERIC LANGLOIS
D-2   JUSTIN JAMES SHARP

That from or about November 2005 through January, 2006, in the Eastern District of Michigan, Southern Division, and elsewhere, defendants ERIC LANGLOIS and JUSTIN JAMES SHARP and others known and unknown, did knowingly, willfully and unlawfully combine, conspire, confederate and agree with each other and others to distribute 3,4 Methylenedioxymethamphetamine also known as MDMA or "ecstasy," a Schedule I controlled

substance; in violation of 21 United States Code, Sections 841(a)(1) and 846.

                              BARBARA L. MCQUADE
                              United States Attorney

                              s/Dawn N. Ison
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              (313) 226-9567
                              dawn.ison@usdoj.gov
                              P43111

Dated: June 1, 2010

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [✓]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Eric Langlois and Justin James Sharp

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no prior complaint.**
____Indictment/__X__Information --- **based upon prior complaint** [Case number: 06-30033]
____Indictment/____Information --- ba[...]    *below*.

Case: 2:10-cr-20312
Assigned To: Steeh, George Caram
Referral Judge: Komives, Paul J
Assign. Date: 6/1/2010 AT 2:33PM
Description: INFO ERIC LANGLOIS
(2 DFTS) (SS)

**Superseding Case Information**

**Superseding to Case No:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 1, 2010
Date

DAWN N. ISON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9567
Fax: (313) 226-3265
E-Mail address: dawn.ison@usdoj.gov
Attorney Bar #: P43111

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09