PS8
(8/88)

# United States District Court
for the
Eastern District of Michigan

**FILED**
JUL 21 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

U.S.A. vs. **Eric Langlois**

Honorable George Caram Steeh
Docket No. 10-20312-01

## Petition for Action on Conditions of Pretrial Release

On July 7, 2010, Mr. Langlois appeared before Your Honor to be arraigned on an Information which alleges violation of Title 21, U.S.C. Sections 841(a)(1) and 846 - Conspiracy to Possess with Intent to Distribute and to Distribute MDMA. He entered a guilty plea and was released on a $10,000 Unsecured bond with the following conditions: **report as directed to Pretrial Services, refrain from the use or possession of illegal substances, submit to drug testing as directed, submit to drug treatment as directed, and travel restricted to Michigan (except from 07/09/10 until 07/12/10 when the Court has allowed the defendant to complete vacation plans).**

A review of the Bond and Conditions of Release Order shows that the condition "O"- *Refrain from any/excessive use of alcohol*, was not ordered. Based on the defendant's admission that he is a binge alcohol drinker, Pretrial Services respectfully recommends that the noted condition of *"Refrain from alcohol use"* be added to the conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that condition of *"Refrain from alcohol use"* be added.

**SO ORDERED.**

ORDER OF COURT

Considered and ordered this ___21st___ day of ___July___, 20_10_ and ordered filed and made a part of the records in the above case.

_____
George Caram Steeh
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Thomas J. Nugent
Supervising United States Pretrial
Services Officer

Place: Detroit, Michigan

Date: July 20, 2010