Honorable George Caram Steeh
United States District Judge
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Steeh,

     My name is Jessica Beverley and I want to let you know about my fiancé and the father of my children, Eric Langlois. Eric and I have been together for six years and have three children together, Damian who is four and two year old twin girls, Jaelyn and Jordyn.

Just before my oldest child was born, Eric was headed down a self destructive path. Being a 19 year old kid with very little concern for everyday responsibilities. While he always worked hard, outside of work Eric was living the party life which was putting a tremendous strain on our relationship. I was becoming extremely nervous about being pregnant, what kind of life would my child be brought into and is this how I wanted to live? Shortly after Eric was arrested, I started to notice a difference in his attitude towards life in general. Our son was born April 19th, 2006 I watched Eric turn from an irresponsible kid to a loving and caring father. Suddenly his actions were no longer selfish but had become about the well being of his family. He realized what needed to be done to make sure that we had a solid future. We were struggling trying to make ends meet, he started taking work seriously, showing up early and taking extra shifts to produce extra income. Instead of out partying, his nights were spent at home with me and Damian. When we found out we were expecting twins Eric worked very hard to get his promotion to become a Heavy Equipment Operator, so he would have a promising career instead of an every day job. Due to the economy I lost my job two years ago, Eric has became the sole provider for the family and once again stepped up with whatever extra hours he could get to make up the lost funds. Eric is a very active part of mine and the kid's lives, working very hard to make sure we have the best lives possible.

In my opinion our children being born, along with his arrest, opened Eric's eyes. He realized what really is important in life and what he would be missing out on if he continued down his self destructive path. He lost his father when he was twelve and he does not want the same for his children. I have watched him turn from a kid to a man, irresponsible to responsible, and most importantly become a great father. Eric has made many mistakes in the past, however I sincerely feel that he has learned from his mistakes and has become a better person.

Thank you for your time!

Sincerely,

*Jessica Beverley*

Jessica M Beverley


REPUBLIC SERVICES

Honorable George Caram Steeh
United States District Judge
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, Michigan 48226

Re: Eric Langlois

Dear Judge Steeh:

By way of introduction my name is David Seegert and I am the Operations Manager for Republic Services, the second largest waste management company in the United States employing approximately 30,000 people. Republic Services operates landfills throughout the United States including one in New Boston, Michigan. The New Boston landfill accepts waste from several communities within the state of Michigan as well as communities outside the state of Michigan. In addition, the landfill accepts trash from Toronto, Canada.

I am writing this letter on behalf of Eric Langlois who I understand is scheduled to be sentenced by your Honor on November 18, 2010. Eric was hired by Republic Services in November of 2003 as general laborer at the New Boston land fill, earning approximately $9.00 per hour.. His job description and duties were far from glamorous. Basically, his main duty was to pick up trash around the landfill.

Because of the tedious nature of the work, most of the laborers simply go through the motions and do as little as possible to get by. Mr. Langlois was the exception. From the moment he was hired, he demonstrated an extraordinary work ethic. When he was finished picking up papers, he asked what else there was for him to do. We quickly became very close and he came to me for advice on matters affecting his personal life.

Eric was born out of wedlock and his father was married to another woman. He was basically raised by his mother with whom he is very close. Although his father did keep in contact with Eric, his father died when Eric was young. Over the years, Eric and I have developed a sort of father/son relationship.

When Eric was arrested in January of 2006 for selling drugs, he immediately came to me and told me what happened. I sat Eric down and told him that everyone has choices in life and that if he continued to make choices that involved using and selling drugs, he would find himself in prison one day. He asked me not to fire him and said that he would prove to me that he had learned his lesson. I decided to give him a second chance because of the strong work ethic he had displayed in the past. Eric did not disappoint me.

As hard as he worked before, he seemed to double his efforts. In 2008, a position in the company opened up for a heavy equipment operator. Although Eric did not have any experience as heavy equipment operator, I felt that he had earned the right to try to better himself. My trust was not misplaced. He was promoted and now earns $21.00 per hour and works between 45 and 55

hours per week.

More importantly, Eric has shown incredible maturity. He now has three young children, a four year old and a set of twins that are two years old. He has shown the same dedication to his family that he has shown in the work place. His life revolves around his family and as a young father he has demonstrated a maturity beyond his years.

I want you to know that I abhor drugs and I recognize that what Eric did was wrong. However, Eric is simply not the person he was when he came to me in January of 2006 and confessed that he had been arrested for selling drugs.

I believe that someone such as Eric, who has demonstrated a commitment to change his life, is deserving of a second chance. If you see fit to impose a sentence that will allow him to work, he will remain employed at Republic Services which will allow him to continue to provide for his three young children. He is a true asset to our company and given his change in lifestyle, he is now an asset to the community. I believe he can be a model for others that make poor choices in life, recognize their mistakes, and make a determined effort to turn around their life.

Thank you for your attention to this matter and if I can answer any questions that you may have, please do not hesitate to contact me. I can be reached at 989-239-9947.

Very truly yours,

*[signature: David Seegert]*

David Seegert



November 10, 2010

The Honorable George Steeh
US District Court Eastern District of Michigan
231 West Lafayette, Room 238
Detroit, MI 48226

Re:  *United States of America v Eric Langlois*

Dear Judge Steeh:

I am a 25 year member of the State Bar of Michigan and a partner at Plunkett Cooney, P.C. I serve on our firm's Board of Directors and am the Chairman of our firm's Finance Committee. I specialize in corporate law, mergers and acquisitions and real estate law. I serve on the Alumni Board of Trustees of The University of Detroit School of Law. I am also Eric Langlois' uncle.

Eric has had, since his birth, an uphill battle to succeed. He was born out of wedlock in 1986 and is the only child of my sister, Lori. Eric's father, James Langlois, is now deceased and, prior to his death, was the fire chief in Dearborn Heights. At the time Eric was born, Mr. Langlois was married to another woman, whom he stayed married to until his death in early 2000. Although prior to his death Eric had some involvement with his father, Eric did not grow up with him in the home on an every day basis. Except for when he spent time with my parents (his maternal grandparents), Eric had a limited sense of "family" and did not grow up with a true male "role model" in his life.

Notwithstanding this obstacle, Eric's early life was full of success. He was extremely bright, talented and, through junior high, was an exceptional student. In fact, at the end of his eighth grade school year, he was offered an academic scholarship to a prep school in Wisconsin. Unfortunately, the decision was made that he would not leave Michigan and attend that school.

After his father's death (which occurred when Eric was in the eighth grade) is when I believe Eric began to experiment with drugs and hang out with the wrong crowd. After graduation from high school, he attended Eastern Michigan University for one semester.

After dropping out of college, Eric was, in my opinion, a person without a compass. When I got the call from his mother that he had been charged with the crimes

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Ave., Suite 2000 • Bloomfield Hills, MI 48304 • T: (248) 901-4000 • F: (248) 901-4040 • plunkettcooney.com

Page 2
November 10, 2010
The Honorable George Steeh

that he is now pleading guilty to, although I was startled by the quantity of drugs, I was not completely surprised that his life had, at that time, ended up in its then current situation.

Since Eric's arrest, whether due to that unfortunate event, his involvement with his fiancé and the mother of his three children, Jessica Beverly, and the birth of his three children, he has become a completely different and, <u>in all respects</u>, a better person. I have monitored his employment situation through both his mother and his immediate supervisor and it is my understanding that he is now an extremely valuable employee earning $21.00 per hour. He works overtime whenever it is available to him and, on average, works approximately 50 hours per week. In addition, he is a wonderful father to his three children (all under the age of six) and common law husband to Jessica. To watch the interaction between him and his twin daughters and 5 year old son is a pleasure. He is extremely attentive to their needs and those of Jessica. He spends all of his non-working time with Jessica and the three kids. In addition to being a wonderful father, a good husband and an extremely talented employee, he is also a good son to his mother and grandson to his grandparents. Whether his transformation is due to his being "woken up" by getting arrested, his involvement with his fiancé, the birth of his three children or some other event, the change in Eric from the person he was when he got arrested to what he is today is truly remarkable. I am now extremely proud that he is my nephew and the changes that he has made in his own life.

In closing, to the extent your honor believes that rehabilitation is the sole focus of people being sentenced to time in jail, there is, in my opinion, no purpose behind having him go to prison. <u>He is a completely changed person from the individual that was selling drugs in 2005-06</u>. Although I fully understand and respect the discretion that your honor has in imposing sentence on Eric, I believe, given his complete transformation since his arrest, a sentence of some combination of probation, home confinement and confinement in a community corrections center is warranted.

Thank you for taking the time to read this letter and carefully consider Eric's circumstances.

Page 3
November 10, 2010
The Honorable George Steeh

Very truly yours,

Scott K. Lites
Direct Dial (248) 901-4074
Email:  slites@plunkettcooney.com

SKL/map

Open.P0690.P0690.10462826-1

LITES & ASSOCIATES, LLC

6380 Caroline Drive
Frisco, TX
75034
(214) 415-2146
Lites.jim@gmail.com

September 23, 2010

Honorable George Caram Steeh
United States District Judge
United States District Court for the
  Eastern District of Michigan
231 West Lafayette Boulevard
Detroit, MI 48226

Re: Eric Langlois

Dear Judge Steeh,

My name is Jim Lites. I am currently a consultant in the sports and entertainment industry. During my career I have practiced law in Michigan and over the course of the last 27 years I have been employed in the professional sports business; COO of the Detroit Red Wings and Olympia Arenas, Inc. (1982-1993); President of the Dallas Stars (1993-2007); President of the Texas Rangers (1999-2002); and President of the Hicks Sports Marketing Group (2006-2009). Among my current clients are the New York Football Giants and a Canadian-based technology company, Worldplay. I was a member of the Michigan bar from 1978 until 2007. I currently reside in Frisco, Texas, a suburb of Dallas.

Eric Langlois is my nephew. He is the only son of my younger sister, Lori Lites. I have known Eric his entire life, although I have spent less time with him after I moved from Detroit to Dallas in 1993. We often visited my parents in Northern Michigan together and he was very close with my daughter, Brooke Lites, who is a third year law student at the University of Detroit.

I must say, when I heard that Eric had been arrested for distribution of ecstasy, while I was extremely disappointed, I was not completely shocked. Eric had grown up without a father. Although he was very close with his mother, he did not have a strong male role model in the home. In his late teens, he appeared to be lost and self gratification seemed to be the priority in his life. When my sister told me that Eric was using drugs, I tried to sit down and talk to him. He told me that he would change his lifestyle but I could see that his sincerity was lacking in that my advice appeared to be falling on deaf ears.

Honorable George Caram Steeh
September 23, 2010
Page Two

Since his arrest, my youngest brother, Scott Lites and I have taken responsibility for helping Eric and his mother through this difficult time. I have met with Eric personally
and have observed him closely since his arrest. He seems sincerely, and dramatically, different than he was five years ago. He has dedicated himself to his wife and three children and the importance of that family responsibility. He has worked hard to support his family and my understanding is that he has risen to a position of significant responsibility with his employer. Every indication is that he has turned his life around since his arrest. My observation from speaking with him, his mother, his grandparents and other relatives is that he has gotten his life in order and has turned his back on those influences that were there immediately after he graduated from high school. Now when I speak to him and try to give him advice, he not only listens to what I have to say, but hears what I have to say.

Eric's crime is obviously serious. However, I cannot imagine a case more deserving of leniency than this one. Eric is a good man. He has shown real remorse. Over the course of a significant period (five years), he has become a responsible husband and father. In the face of difficult economic circumstances, he has maintained a good job and increased his responsibility. He is an active and positive member of society and all of us who know and love him hope the judicial system will recognize that he is a changed young man.

If I can be of any service to you, please do not hesitate to contact me. Thank you for taking the time to review this.

Sincerely,

James R. Lites

Honorable George Caram Steeh
United States District Judge
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226


Judge Steeh,

I want to tell you about my son, Eric Langlois, specifically the young man he has become. As a parent, I admit that I was truly mortified and disappointed in some of the choices Eric made. He has, however, matured from a self absorbed, somewhat immature 19 year old to a truly thoughtful and kind 24 year old father of 3. Eric has worked to turn his life around and in the years since his arrest I have seen changes in him that are truly admirable.

I recently had the opportunity to speak with Thaddeus Dean from the probation department. He contacted me to verify information that Eric had provided. In the course of the conversation Mr. Dean asked me to describe Eric, I said the first thing that came to mind "kind", however after concluding my conversation with Mr. Dean and having some time to really consider the question I realized there were many other attributes I had not even touched on with Mr. Dean. Eric is responsible, hard working, honest and considerate. He takes his role as a parent very seriously, he is a gentle and loving parent who spends his free time with his family. He has embraced the responsibility that comes with parenthood and is a truly gentle and loving father.

Eric has worked hard to improve his earning potential and support his family. I am proud of the work ethic he has demonstrated and the promotions he has earned through hard work and dedication. He is well liked by his supervisors and co-workers at Carleton Farms and I have been told that he is a valued employee. His boss once commented that Eric comes to work every day ready to work, he does whatever job he is assigned, he never complains, and always stays when asked to work late, all attributes that are highly valued by his boss.

Eric is a very kind and thoughtful person and he has demonstrated this in a quiet way, preferring not to draw a lot of attention. I wish to relate the following story as an example of his kindness to others. When Eric was still working as a laborer he worked with a man named Walter, who was also a laborer at the landfill. Walter had a wife with serious medical issues and two young children. Eric and Walter would talk while they picked papers and Eric learned a lot about Walter and his family. Walter had confided in Eric that because business was slow and their hours were reduced, he was having problems making ends meet. This conversation took place in late November, and Walter told Eric that because he couldn't work extra hours to earn more money he had talked to a family member who was going to help purchase a bicycle for his boys for Christmas. Unfortunately this family member had recently lost their job and was unable to help..

Walter told Eric that he didn't think he would be able to get them anything for Christmas. Eric was so touched by Walter's dilemma that he asked me if I would be willing to use the money I would spend on his Christmas gift to help purchase the bicycle Walter's boys wanted. I was happy to help Eric give the boys a Christmas. We gave Walter gift cards for a local Super store, that we each received as a Holiday gift from our employer so he could purchase coats and other needed items and Eric and I purchased the bicycle that the boys asked "Santa" for. I know for a fact there were two little boys that had a Christmas that year because of Eric's kind heart.

Although Eric made some very poor choices several years ago I believe that he has matured and changed, and that he is truly a different person than he was when he was arrested. Thank you for taking the time to evaluate all the information that has been provided to you.

Sincerely,

Lori A. Lites

# MARLINGA LAW GROUP, PLLC

Members of the Firm
Carl J. Marlinga
Joseph R. Kosmala
Ryan Hugh Machasic
James M. Hacker 1947-2007

A PROFESSIONAL LIMITED LIABILITY COMPANY
43550 ELIZABETH ROAD, SUITE 300
CLINTON TOWNSHIP, MICHIGAN 48036
TELEPHONE (586) 468-1783
FACSIMILE (586) 463-3030
mail@marlingalaw.com

Of Counsel
Mark E. Gallagher

November 4, 2010

Honorable George Caram Steeh
Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: United States v. Eric Langlois

Dear Judge Steeh:

    This is a letter requesting leniency in the sentencing of Eric Langlois.

    I am not writing as an attorney for Eric, and I have not been retained by him. My connection with Eric is a personal one, through his uncle, Jim Lites. I got to know Jim and his family while he was married to my friend Denise Ilitch.

    Eric tells me that he is facing sentencing on drug charges. He explained that the charges stem from events in January 2006. Evidently, the charges were languishing for quite some time before the U.S. Attorney's office made the decision to go forward. He also told me that since then, he has experienced life-changing events which guarantee that he will never go back to his old ways. And I believe him.

    Specifically, Eric and his fiancée Jessica, had their first child, Damian, in April of 2005. Since then they have added twins, Jordyn and Jaelyn, who are now two years of age. Their marriage plans are on hold since what happens in the upcoming sentencing will greatly determine the direction that their lives take. Eric says that his whole life can be divided to the time before children and the time after children. Before he was a father, he thought only of himself in the most selfish and short-term way of thinking. His involvement in drugs brought him money and, more importantly, status in the eyes of his friends. Now that he has a family he has discovered real meaning and real status. It is hard for him to even recognize how shallow and stupid he was only a few short years ago. His life is devoted to his children. His greatest satisfaction in life now is keeping his family safe and happy.

    Eric has also advanced in his employment in the intervening years. He is now a member of Operating Engineers Local 324 employed as an equipment operator for Republic Services in New Boston, Michigan. This is good, steady work. Eric is the sole support of his family. Jessica, his future wife, was in a serious automobile accident in Wisconsin in January of 2008. She has not been able to work since then. Under Wisconsin law, comparative negligence will greatly

reduce the amount of any settlement or jury award. She will receive some money, but without Eric's income, the future is bleak for her and the children.

Eric deeply regrets his involvement in drugs; but I know that you have had hundreds of defendants in front of you who have expressed the same regrets – after they got caught. But I really believe that Eric is different. Any rehabilitation that a prison sentence could bring has already been accomplished in this young man's life. The only remaining valid goal of sentencing, therefore, would be deterrence to others. That goal, as worthy as it is, should not be elevated over the harm that will come to Eric and his family if he is sentenced to prison. The destruction of the family and the loss of Eric's job will mean that the lives of five people will never be the same. This is especially tragic for the children who had no part whatsoever in their father's former decisions.

While it is true that Eric should have considered the consequences before he got involved in illegal activity, the fact is that he did not. The main consequences – to his children – were not even factors when he was making his earlier bad choices. If everybody who was convicted of drug activity were allowed to escape prison time, there certainly would be a weakening of deterrence, but mercy for this one person will not have any impact at all on any potential drug offender.

Society will also be well served by having a productive member of society continue to earn money at his job. If Eric goes to prison, you and I both know that his days of gainful employment in a good paying job are over. This consequence is never taken into account in the sentencing guideline.

Sometimes justice is totally consistent with mercy. This is such a case.

Very truly yours,

Carl J. Marlinga

William McDonough
3800 Lido Drive
Highland, MI 48356

September 20, 2010

Honorable George Caram Steeh
United States District Judge
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Eric Langlois

Dear Judge Steeh:

I am the Division Manager for Carleton Farms Landfill where Eric Langlois is currently employed and has been employed since November 17, 2003. I have known Eric since I took over management of this landfill in January of 2009.

I am a registered professional engineer with Bachelor's and Master's degrees from the University of Michigan. Over my 35 year professional career I have had various jobs sometimes managing projects and other times managing people. My focus the last eight years has been managing multiple landfills and the people who operate the landfills. I have three children of my own, two step children, and five grandchildren.

I have 35 employees at Carleton Farms Landfill with 18 of them being equipment operators. Of this group of equipment operators I know Eric's capabilities the best. He is also the youngest equipment operator. He is very outgoing and seems to be the one around when I need a special job done. As the youngest, he gets assigned a lot of different jobs. Most of them are the very dirty ones the other guys don't want to do. I have found Eric to be dependable and reliable. In this day with jobs very scarce, most of my people show appreciation for having a decent paying job with benefits. Eric seems especially appreciative. Even when he is literally up to his knees in sticking garbage, I have never heard him complain. He is eager to learn knew things and shows a knack for understanding how machinery operates. I would classify him as a "good kid".

I didn't know Eric when he got into trouble, so I can't tell you he has changed. What I can tell you though, is that since then he has started a family and wants to support them as best he can. I don't see how placing Eric in prison will benefit him or society. I would suggest significant community service with anti-drug programs associated with teenagers and closely supervised probation.

Thank you for considering my input.

Sincerely,

William McDonough

September 10, 2010

Honorable George Caram Steeh
United States District Judge
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, Michigan 48226

    I felt the need to write to you and try to give you some kind of a feeling of the kind of person that Eric Langlois has been for the past 4-1/2 years that I have worked with him at Republic Services.
    I am a scale operator for Republic and have come to know who I can depend on to get something done. Eric will do any job that is asked of him with no complain, He is one of the most dedicated employees that we have. Eric comes to work whether he is ill, The only time I know of that he has called in is when one of his children was ill and in the Hospital. Again I would expect nothing less of him, he is a good father. I only wish that all fathers would be as concerned with bringing up their children in a stable, caring environment.
    I know that Eric had a small laps of judgment in the past, As I see him-He is a great employee, a very good father, a very nice young man, who I would be proud to call my own.

Respectfully,

*Deborah Wagner*

Deborah Wagner

17 September 2010

Dear Judge Steeh,

I am writing to you on behalf of Eric Langlois. I have known Eric and his mother, Lori Lites, for about thirteen years. Eric and two of my sons played hockey together for several years in Westland Hockey Association's youth leagues. My husband and Lori Lites served together on the hockey Board of Directors.

I knew Eric during the period of time he was involved in drugs. His mom confided in me and I saw how his actions and associations worried and upset her.

The Eric I know today has left that life behind. He has a good job at Carleton Farms Landfill where began as a laborer. He has worked hard and has been promoted several times, earning the respect of his supervisor for being willing to stay late or work extra shifts. He enjoys spending time with Jessica and his three children. I attended a birthday party he organized for his twin daughters where he was the perfect host, making all of us feel welcome.

[Card: The McLellans — with names ARNIE • HOLLY • ALEX • CHRIS • PATRICK • CAROL repeated as a background pattern]

Not to sound trite, but Eric has turned his life around. He focuses now on his job and providing for Jessica and his kids. Sunday is family day spent with his mom and family.

Thank you for taking the time to read my letter. Please feel free to call me with any questions you may have.

Sincerely,
Carol McLellan

H 734-722-6833
W 734-425-9948
cell 734-718-2997